IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TEDDY BEASLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 1:20-cv-00092-N |
| | ) |
| **O'REILLY AUTO PARTS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant O'Reilly Auto Parts ("O'Reilly")[1] by and through undersigned counsel of record, and moves this Court pursuant to Rule 56 of the *Federal Rules of Civil Procedure* for an Order granting summary judgment in its favor on all claims asserted by all Plaintiffs in their Complaint filed in this action. As grounds therefore, O'Reilly would show unto this Court that there is no genuine issue of material fact and that O'Reilly is entitled to summary judgment as a matter of law. As grounds for this motion, O'Reilly relies upon the pleadings, the supporting Brief filed in support thereof, the Narrative Statement of Undisputed Facts, and the evidentiary materials filed contemporaneously herewith and contained as attachments to the Notice of Filing Evidence.

WHEREFORE, these premises considered, Defendant O'Reilly moves this Court for an Order granting summary judgment to it on all claims asserted by Plaintiff in his Complaint, taxing

---

[1] Plaintiff's actual W2 employer was Ozark Automotive Distributors, Inc., d/b/a O'Reilly Auto Parts, which owns and operates the distribution center in question.

the costs of this action against Plaintiff, and granting to Defendant such other, further, or different relief to which it may be entitled.

                                                    Respectfully submitted,

                                                    /s/ H. William Wasden
                                                  H. WILLIAM WASDEN      (WASDH4276)
                                                  bwasden@burr.com
                                                  MICHAEL D. STRASAVICH   (STRAM9557)
                                                  mstrasavich@burr.com

                                                  *Attorneys for Defendant*
                                                  *O'Reilly Auto Parts*

**OF COUNSEL:**
BURR & FORMAN LLP
11 North Water Street, Suite 22200
Mobile, AL 36602
Tel:    251-344-5151
Fax:   251-344-9696

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 3rd day of May, 2021:

Andrew Rozynski
arozynski@eandblaw.com
William Juhn
wjuhn@eandblaw.com
Eisenberg & Baum, LLP
24 Union Square East, Fourth Floor
New York, NY 10003
*Attorney for Plaintiff*

Edward I. Zwilling
edwardzwilling@zwillinglaw.com
The Law Offices of Ed Zwilling
4000 Eagle Point Corporate Drive
Birmingham, AL 35242
*Attorney for Plaintiff*

                                                */s/ H. William Wasden*
                                                Counsel